AO 91 (Rev. 11/11) Criminal Complaint

**FELONY**

United States Courts
Southern District of Texas
**FILED**
*June 10, 2025*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **1:25-MJ-483-01** |
| Maria Isabel CRUZ-SALAS | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about June 9, 2025 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 111(a)(1) | Forcibly assaults, resists, opposes, impedes, imitates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

On June 9, 2025, Homeland Security Investigations (HSI) Rio Grande Valley (RGV) Special Agents (SA) and other federal agencies participated in a worksite immigration inspection operation at Taqueria El Mante, 1605 US 77-Business, San Benito, Texas 78586. During the operation, SAs were given consent to enter the business by the owners. Subject, Maria Isabel CRUZ-Salas (COB: Mexico, YOB: 1987), was encountered hiding in the attic area of the business. While HSI SA DD was performing his official duties, CRUZ-Salas kicked HSI SA DD in the face as he was attempting to detain her.

☐ Continued on the attached sheet.

*Theodore Holmes*
*Complainant's Signature*

Theodore Holmes, Special Agent
*Printed name and title*

Sworn to telephonically and signed electronically pursuant to Fed.R.Crim4.1.

June 10, 2025
*Date*

*Karen Betancourt*
*Judge's signature*

Brownsville, Texas
*City and State*

Karen Betancourt, U.S. Magistrate Judge
*Printed name and title*