## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                          Case Number: 1:25–mj–00483

Maria Isabel Cruz–Salas

## Notice of Resetting

**A proceeding has been reset in this case as to Maria Isabel Cruz–Salas as set forth below.**

**BEFORE:**
**Magistrate Judge Karen Betancourt**

**LOCATION:**
United States District Court
600 E. Harrison Street
Brownsville, TX 78520
**DATE:** 6/18/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Preliminary Exam Hearing

Date:   June 17, 2025                                             Nathan Ochsner, Clerk