UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL -8 2025

NATHAN OCHSNER
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-499 |
| MARIA ISABEL CRUZ-SALAS | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about June 9, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**MARIA ISABEL CRUZ-SALAS,**

did intentionally and knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations Special Agent Dillon Duke, while the Special Agent was engaged in the performance of his official duties, and such acts involved physical contact.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
DAVID CORONADO
Assistant United States Attorney