KODL
6/10/25

**BROWNSVILLE DIVISION**
FILE: 2025R07143
B-25-483-MJ

**CRIMINAL DOCKET**

NO. B-25-499

<u>INDICTMENT</u>
COUNTY: CAMERON

Filed: <u>JULY 8, 2025</u>

Judge: <u>Rolando Olvera</u>

**ATTORNEYS:**

UNITED STATES OF AMERICA

NICHOLAS J. GANJEI, USA

vs.

DAVID CORONADO, AUSA

MARIA ISABEL CRUZ-SALAS  (YOB: 1987)  Mexico

| | |
|---|---|
| **CHARGE:** | Assault on a Federal Officer |
| Total Counts (1) | 18 U.S.C. 111(a)(1) |

**PENALTY:** 8 years and/or $250,000 plus 3 year supervised release term

In Jail: X
On Bond:
No Arrest:
HSI: Theodore Holmes

**P R O C E E D I N G S:**